HENRY HUNGERFORD, Respondent, *v.* THE SYRACUSE, BINGHAMTON AND NEW YORK RAILROAD COMPANY, Appellant.

(Argued April 8, 1891; decided April 28, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made September 18, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Louis Marshall* for appellant.

*William Kennedy* for respondent.

Agree to affirm ; no opinion.
All concur, except FOLLETT, Ch. J., not sitting.
Judgment affirmed.

---

THE ROBERT GERE BANK, Respondent, *v.* HORACE INMAN, Impleaded, etc., Appellant.

(Argued April 9, 1891; decided April 28, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made May 8, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Peter J. Lewis* for appellant.

*C. W. Andrews* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.